**The relief described hereinbelow is SO ORDERED.**

**Signed February 27, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10731-CGB |
| **WC PARADISE COVE MARINA, L.P.,** | § | |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER (1) APPROVING DEBTORS' AMENDED DISCLOSURE STATEMENT, (2) FIXING TIME FOR FILING OBJECTIONS AND ACCEPTANCES OR REJECTIONS OF DEBTOR'S AMENDED PLAN AND (3) NOTICE OF HEARING ON CONFIRMATION OF <u>AMENDED PLAN</u>

The Court, having conducted a hearing on February 26, 2024, regarding the Amended Disclosure Statement filed by the Debtor on February 26, 2024 (Doc#125)("the Disclosure Statement") and the Debtor having filed its Amended Plan of Reorganization on the same date (Doc#126) ("the Plan"), the Court hereby approves the Disclosure Statement pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1125.

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Disclosure Statement is hereby approved;

2. On or before February 28, 2024, counsel for the Debtor shall mail, by first class

mail, a copy of the Disclosure Statement, Plan, this Order, and a ballot substantially conforming with the Official Form B 314 (the "Solicitation Package"), to all creditors, the United States Trustee, equity interest holders, parties to executory contracts, and any other party requesting notice in the Bankruptcy Case.

3. March 27, 2024 by 5:00 p.m. (CT) is fixed as the last day for submitting ballots accepting or rejecting the Plan. Such ballots shall be submitted to counsel for the Debtor at the address set forth in the Disclosure Statement. Ballots shall not be filed with the Court.

4. March 27, 2024 by 5:00 p.m. (CT) is also fixed as the deadline for any of the served parties to file and serve any objection to confirmation of the plan, pursuant to Bankruptcy Rule 3020(b)(1). Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

5. March 27, 2024, is set as the deadline for any secured party to file an election under 11 U.S.C. § 1111(b).

6. March 29, 2024, is set as the deadline for counsel for the Debtor to file a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of the ballots.

7. April 2, 2024, at 11:00 A.M. (CT) is set as the hearing on confirmation of the Debtor's plan. The hearing will be held in person at the Homer Thornberry Judicial Building, 903 San Jacinto Blvd., 3d floor, Courtroom 2, Austin, Texas 78701.

ORDER SUBMITTED BY:

Ron Satija
HAYWARD PLLC
7600 Burnet Rd, Ste. 530
Austin, TX 78757
(737) 881-7102
rsatija@haywardfirm.com
*COUNSEL FOR DEBTOR*